CHARLES SCHMEISER, Appellant, *v.* MONTAGUE LESSLER, Respondent.

*Schmeiser* v. *Lessler*, 139 App. Div. 914, affirmed.
(Argued October 19, 1911; decided November 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 23, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action for libel.

*Harry K. Jacobs* and *Reno R. Billington* for appellant.

*Leonard J. Obermeier* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

MICHAEL BARTHOLOMA, Respondent, *v.* THE TOWN OF FLORENCE, Appellant.

*Bartholoma* v. *Town of Florence*, 136 App. Div. 906, affirmed.
(Argued October 19, 1911; decided November 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 3, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant in failing to keep its highways in repair.

*William S. Mackie* for appellant.

*Albert T. Wilkinson* for respondent.

Judgment affirmed, with costs, on the ground that the evidence presented a question of fact for the jury; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.